IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PATRICIA WELLS, Defendant. | CR 23-47-GF-BMM ORDER |

Based on the United States' unopposed motion, and for good cause shown,

IT IS HEREBY ORDERED that the United States' motion to dismiss certain counts in the indictment is GRANTED. Counts 1 and 3 contained in the superseding indictment are dismissed without prejudice.

DATED this 10th day of October 2023.

Brian Morris, Chief District Judge
United States District Court

1