# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA WELLS,<br><br>Defendant. | Case No. CR-23-47-GF-BMM<br><br><br>**DECLARATION OF MISTRIAL** |

A jury trial commenced in this case on October 17, 2023. A mistrial was declared on October 19, 2023 after the jury was unable to reach a unanimous verdict.

DATED this <u>19th</u> day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

1